UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

In re:

Carol A. Bryant

Case No. 09-09873-MGW
Chapter 13

Debtor(s)
_____/

## AMENDED CHAPTER 13 PLAN

The Debtor(s) files the following Amended Chapter 13 Plan:

A. **CLASSIFICATION AND PROVISION FOR CLAIMS**

1. **PRIORITY CLAIMS**

   The creditors are:

   a. <u>Trustee's Fee</u>: The Trustee Fee shall be paid with the life of this plan and shall be 6.5% of all funds disbursed.

   b. <u>Debtors' Attorney</u>: Timothy M. Grogan, attorney for the debtor has been paid $250.00 from the total fee of $3,000.00. The balance of $2,750.00 shall be paid during the life of this Plan at $400.00 per month until paid in full.

   c. Internal Revenue Service: To be paid through the Plan.

2. **SECURED CLAIMS ON PERSONAL PROPERTY**

   The Creditors whose security consists of personal property are as follows:

   a. Creditor: GTE Federal Credit Union

      1. Collateral: 2006 Infiniti G35
      2. Modified Security Agreement and Payment Schedule: $452/month
      3. Debtor's estimation of value: $15,295.00
      4. Balance owed: $16,536.00
      5. Arrearage at time of filing: $0.00
      6. Treatment: <u>Retain Lien</u>: This Creditor shall retain its lien and shall be paid outside of the Plan.

3. **GENERAL, UNSECURED CREDITORS**

All remaining creditors are general, unsecured creditors. The total amount of scheduled unsecured claims, if all claims are filed is approximately $36,850.00. Dividend to be determined.

B. **SUBMISSION OF FUTURE EARNINGS OR INCOME**

Debtors shall submit only that portion of the future earnings or income that are necessary to make the monthly payments to the Trustee as follows:

$216.00 per month for 36 months.

Payment to the Trustee shall commence with thirty days from the filing of the petition or as ordered by the Court.

C. **CREDITORS**                                                          **AMOUNT TO BE PAID UNDER PLAN**

| | | |
|---|---|---|
| a. | Priority Attorney fees, Timothy M. Grogan | $ 2,750.00 |
| b | Internal Revenue Service | $ 1,196.00 |
| c. | Unsecured Creditors | $ 3,324.00 |
| d. | Trustee's fee at 6.5% | $ 506.00 |
| | TOTAL AMOUNT | $ 7,776.00 |

$216.00 for 36 months     =     $7,776.00

D. <u>VESTING, POSSESSION OF ESTATE PROPERTY AND LIEN RETENTION:</u>

Upon confirmation of the Plan, all property of the estate shall vest in the debtor [11 U.S.C. Section 1327(b)]. The debtor shall remain in possession of all property of the estate during the pendency of this case unless specifically provided herein [11 U.S.C. Section 1306(b)]. All secured creditors shall retain the liens securing their claims unless otherwise stated.

_____
Carol A. Bryant

Date: July 21, 2009

_____
Timothy M. Grogan
F.B.N. 0612731